**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                          Case No. **10-01392 BKT**

**DAVILA APONTE, AIDA**                                                        Chapter **13**
_____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ | ☑ AMENDED PLAN DATED: **4/15/2010** |
|---|---|
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☑ Debtor ☐ Trustee ☐ Other |

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | **450.00** x | **12** = $ | **5,400.00** |
| $ | **550.00** x | **24** = $ | **13,200.00** |
| $ | **650.00** x | **24** = $ | **15,600.00** |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **34,200.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____
_____

☐ Other:

_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **34,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: _____
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **QUANTUM SERVICII** Cr. _____ Cr. _____
 # **6118** # _____ # _____
 $ **24,262.97** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **WORLD FINANCIAL** Cr. _____ Cr. _____
 # **5572** # _____ # _____
 $ **196.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
 **QUANTUM SERVICII**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

Attorney for Debtor **Marilyn Valdes/Ortega Law Offices**                    Phone: **(787) 758-4400**

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

AIDA DAVILA APONTE

          Debtor(s)

CASE NO.; 10-01392 BKT

CHAPTER 13(ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

    1.  The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 04/15/2010.**

    **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

    In San Juan, Puerto Rico, this 15TH, day of April, 2010.

    **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this  case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all  creditors listed on the  attached Master Address List.

                                    **RESPECTFULLY SUBMITTED.**

                                    /S/MARILYN VALDES ORTEGA
                                    **MARILYN VALDES ORTEGA**
                                    USDC PR 214711
                                    P.O.Box 195596
                                    San Juan, PR 00919-5596
                                    Tel. (787) 758-4400
                                    Fax. (787) 763-0144

Label Matrix for local noticing
0104-3
Case 10-01392-BKT13
District of Puerto Rico
Old San Juan
Thu Apr 15 07:59:51 AST 2010

GE MONEY BANK (JCPENNEY CREDIT SERVICES)
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE, SUITE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AFNI
PO BOX 3427
BLOOMINGTON, IL 61702-3427

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BAYVIEW LOAN SERVICING LLC
600 COON RAPIDS BLVD
NW COON RAPIDS, MN 55433-5549

CINGULAR WIRELESS
P.O. BOX 192830
SAN JUAN, PR 00919-2830

COOP A/C VEGA ALTA
APARTADO 1078
VEGA ALTA, PR 00692-1078

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIRST PREMIER BANK
PO BOX 5147
SIOUX FALLS, SD 57117-5147

FORD MOTOR CREDIT
PO BOX 364189
SAN JUAN, PR 00936-4189

FORTUNO & FORTUNO FAS, CSP
PO BOX 9300
SANTURCE, PR 00908-0300

HILCO REC
5 REVERE DR STE 510
NORTHBROOK, IL 60062-8007

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR 00969

JANETTE BURGOS
PO BOX 844
DORADO, PR 00646-0844

KCA FINANCIAL SERVICE
628 NORTH STREET
GENEVA, IL 60134-1356

LVNV FUNDING
PO BOX 740281
HOUSTON, TX 77274-0281

NATIONAL STUDENT LOAN PROGRAM
PO BOX 82507
LINCOLN, NE 68501-2507

PR ACQUISITIONS LLC
250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY PR 00918-1814

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541-0914

QUANTUM SERVICING
PO BOX 4529
CORAL STREAM, IL 60197-4529

QUANTUM SERVICING INC.
6302 E. MLK BLVD.
SUITE 300
TAMPA, FLA 33619-1166

SEARS
133200 SMITH ROAD
CLEVELAND, OH 44130

SEARS
P.O. BOX 183114
COLUMBUS, OH 43218-3114

USDA RURAL DEVELOPMENT
PO BOX 66889
SAINT LOUIS, MO 63166-6889

WORLD FINANCIAL
PO BOX 364027
SAN JUAN, PR 00936-4027

AIDA DAVILA APONTE
PO BOX 844
DORADO, PR 00646-0844

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DAVILA APONTE, AIDA

End of Label Matrix
Mailable recipients     32
Bypassed recipients      1
Total                   33